■ HOWARD T. MOWERS, Appellant, v JUDITH E. MOWERS, Respondent. (Appeal No. 2.) [646 NYS2d 486] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Arrears.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ JOSEPH A. HENDERSON, Appellant, v DIANE A. HENDERSON, Respondent. [646 NYS2d 473] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J.—Marital Property.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Davis, JJ.